# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Holb-Gunther, L.L.C., | Civil No. 08-4705 (RHK/FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| Gary Hodapp, Design Innovations, Inc., and Engineering Concepts, Inc., d/b/a LEG-A-Sea, | |
| Defendants. | |

Upon the parties' Stipulation of Dismissal with Prejudice (Doc. No. 32), **IT IS ORDERED** that the above-captioned action, together with any claims, defenses, or counterclaims is **DISMISSED WITH PREJUDICE**, on the merits, with each party to bear its own attorney's fees, costs and disbursements.

Dated: September 17, 2009

                                              s/Richard H. KYle_____
                                              RICHARD H. KYLE
                                              United States District Judge